IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMO LEONARD,<br>    Plaintiff, | :<br>:<br>:<br>: |
| vs. | :   CIVIL ACTION 18-0312-KD-MU |
| WARDEN CYNTHIA STEWART,<br>    Defendant. | :<br>:<br>:<br>: |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Cynthia Stewart and Jefferson Dunn and all claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 20th day of April 2021.

                                        s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**